■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO ALVAREZ, Appellant. [929 NYS2d 786]

Ordered that the sentence is affirmed. No opinion. Angiolillo, J.P., Dickerson, Hall and Roman, JJ., concur.